# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2020
```

**MEMO ENDORSED**

DIRECT DIAL:  (914) 872-6893
EMAIL ADDRESS:  REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

December 1, 2020

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:  Angeles v. MT Baker Vapor LLC
     Case No. 1:20-cv-07685-PAE-KHP

Dear Magistrate Judge Parker:

This firm represents Defendant, MT Baker Vapor LLC in the above-referenced matter.  This letter is written pursuant to Rule 1(F) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from November 30, 2020 through and including December 30, 2020, and to request the adjournment of the Initial Conference currently scheduled for December 15, 2020.

Plaintiff's counsel consents to this request.  These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.  This is Defendant's first request for an extension of these deadlines.  No other deadlines have been scheduled in this case.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Rebecca M. McCloskey*
    Rebecca M. McCloskey

---

**The Defendant's deadline to respond to the complaint is hereby extended to December 30, 2020.  The telephonic Initial Case Management Conference scheduled for Tuesday, December 15, 2020 at 10:45 a.m. is hereby rescheduled to Tuesday, January 26, 2021 at 10:00 a.m.  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
12/02/2020